IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DESIGN CENTER INTERNATIONAL, LTD., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Case No. 1:19-cv-00956-GLR |
| BLACKSTONE INTERNATIONAL, LTD., *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 101.2, Stacie E. Tobin hereby moves for leave to withdraw as counsel for Plaintiffs, Design Center International, LTD and Home Star International, LTD. Other counsel from Bluestone Law Ltd. have entered their appearance on behalf of Plaintiffs.

Dated: December 10, 2019                             Respectfully submitted,

                                                                             /s/
                                                                 Stacie E. Tobin (Bar No. 11331)
                                                                 VENABLE LLP
                                                                 750 E. Pratt Street, Suite 900
                                                                 Baltimore, Maryland 21202
                                                                 (410) 244-7400
                                                                 (410) 244-7742 (fax)
                                                                 setobin@venable.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December 2019, a copy of the foregoing Motion for Leave to Withdraw Appearance of Counsel was served via the Court's ECF system upon counsel of record for all parties.

___/s/___
Stacie E. Tobin
