# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DESIGN CENTER INTERNATIONAL, LTD., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BLACKSTONE INTERNATIONAL, LTD., *et al.*,<br><br>*Defendants.* | Civil Case No: 1:19-cv-00956-GLR |

## JOINT STATUS REPORT

Pursuant to the Court's December 6, 2019 Order, ECF No. 43, Standing Order 2020-5, and Standing Order 2020-7, Plaintiffs Design Center International, Ltd. and Home Star International, Ltd. (collectively, "Plaintiffs") and Defendants Blackstone International, Ltd., John Black, William Heintzelman, and ECW Advisors, LLC (collectively, "Defendants"), by and through counsel, respectfully submit this Joint Status Report regarding the pending arbitration before the American Arbitration Association ("AAA"), *Blackstone International, Ltd. v. Design Center International, Ltd.*, *et al.*, 01-19-0000-9213 (the "Arbitration").

The Arbitration is continuing to proceed with participation from counsel of record and client representatives. As of this filing, no final ruling has been issued by the AAA. To keep the Court apprised, the parties propose submitting an additional joint status report in 120 days.

Date: June 26, 2020

| | |
|---|---|
| */s/ Gabriel T. Bluestone* | */s/ Kirk R. Ruthenberg* |

(signed by Kirk R. Ruthenberg with permission of Gabriel T. Bluestone)
M. Zachary Bluestone
Gabriel T. Bluestone
Bluestone Law Ltd
4800 Hampden Lane, Suite 200
Bethesda, MD 20814
and
1717 K Street NW, Suite 900
Washington, D.C. 20006
(202) 655-2250 telephone
(301) 654-1143 fax
mzb@bluestonelaw.com
gtb@bluestonelaw.com

**Counsel for Plaintiffs**

Kirk R. Ruthenberg
Nicholas H. Jackson (*pro hac vice*)
Matthew A. Lafferman (*pro hac vice*)
Dentons US LLP
1900 K Street Northwest
Washington, DC 20006
(202) 496-7500 telephone
(202) 496-7756 fax
kirk.ruthenberg@dentons.com
nicholas.jackson@dentons.com
matthew.lafferman@dentons.com

Paul R. Gieri, Bar No. 19101
P.R. Gieri LLC
6701 Democracy Blvd Suite 300
Bethesda, MD 20817
(860) 235-6314 telephone
paul.gieri@prgierillc.com

**Counsel for Defendants**